LAW OFFICES OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 386-0536
Facsimile: (702) 386-6812
Email: office@danielmarks.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN F. KOCIENSKI, | Case No. 2:16-cv-00905-JCM-CWH |
| Plaintiff, | |
| vs. | |
| NRT TECHNOLOGIES, INC., | |
| Defendant. | |
| _____/ | |

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**(FIRST REQUEST)**

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree to extend the time for the Plaintiff, John Kocienski, to file his response to Defendants' motion for summary judgment, which was filed on August 17, 2017, from the current deadline of September 7, 2017, to September 28, 2017. This is the first extension of time requested by Plaintiff's counsel. This stipulation is made in good faith and not for the purpose of delay. Counsel for both

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

1

parties agree, pursuant to Local Rules 6-1 and 6-2, to extend Plaintiff's response deadline to September 28, 2017.

RESPECTFULLY SUBMITTED.

DATED this 1st day of September, 2017.                    DATED this 1st day of September, 2017.

LAW OFFICES OF DANIEL MARKS                               HOWARD & HOWARD ATTORNEYS PLLC


/s/ Daniel Marks                                          /s/ Robert L. Rosenthal
DANIEL MARKS, ESQ.                                        ROBERT L. ROSENTHAL, ESQ.
Nevada State Bar No. 002003                               Nevada State Bar No. 006476
NICOLE M. YOUNG, ESQ.                                     3800 Howard Hughes Pkwy, Suite 1000
Nevada State Bar No. 12659                                Las Vegas, Nevada 89169
610 South Ninth Street                                    Attorney for Defendant
Las Vegas, Nevada 89101
Attorney for Plaintiff


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: September 6, 2017