LAW OFFICES OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 386-0536
Facsimile: (702) 386-6812
Email: office@danielmarks.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN F. KOCIENSKI,

    Plaintiff,

vs.

NRT TECHNOLOGIES, INC.,

    Defendant.

_____/

Case No. 2:16-cv-00905-JCM-CWH

## STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### (FIRST REQUEST)

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree to extend the time for the Plaintiff, John Kocienski, to file his response to Defendants' motion for summary judgment, which was filed on August 17, 2017, from the current deadline of September 7, 2017, to September 28, 2017. This is the first extension of time requested by Plaintiff's counsel. This stipulation is made in good faith and not for the purpose of delay. Counsel for both

////
////
////
////
////
////
////
////

1

parties agree, pursuant to Local Rules 6-1 and 6-2, to extend Plaintiff's response deadline to September 28, 2017.

RESPECTFULLY SUBMITTED.

DATED this 1st day of September, 2017.

LAW OFFICES OF DANIEL MARKS

/s/ Daniel Marks
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
NICOLE M. YOUNG, ESQ.
Nevada State Bar No. 12659
610 South Ninth Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

DATED this 1st day of September, 2017.

HOWARD & HOWARD ATTORNEYS PLLC

/s/ Robert L. Rosenthal
ROBERT L. ROSENTHAL, ESQ.
Nevada State Bar No. 006476
3800 Howard Hughes Pkwy, Suite 1000
Las Vegas, Nevada 89169
Attorney for Defendant

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: September 6, 2017