LAW OFFICES OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
T: (702) 386-0536
F: (702) 386-6812
E: office@danielmarks.net

*Attorney for Plaintiff John F. Kocienski*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN F. KOCIENSKI, | **Case No.  2:16–CV–00905–JCM–CWH** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| NRT TECHNOLOGIES, INC., | |
| Defendant. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*.   Each party is to bear her/his/its own attorneys' fees and costs, except as otherwise agreed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with

each party to bear its own costs and attorneys' fees, except as otherwise agreed.

DATED this ___ day of September 2020

LAW OFFICES OF DANIEL MARKS                    HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Daniel Marks                                          By: /s/ Robert Rosenthal
    Daniel Marks, Esq.                                       Robert L. Rosenthal, Esq.
    Nevada State Bar No. 2003                            Nevada State Bar No. 6476
    610 South Ninth Street                                   3800 Howard Hughes Parkway, Ste. 1000
    Las Vegas, NV 89101                                      Las Vegas, NV 89169
    *Attorney for Plaintiff*                                        *Attorney for Defendant*


**ORDER**

IT IS SO ORDERED.

Date: September 25, 2020 _____

_____
UNITED STATES DISTRICT COURT JUDGE

2

## Office

| | |
|---|---|
| **From:** | Robert L. Rosenthal <rrosenthal@howardandhoward.com> |
| **Sent:** | Tuesday, September 22, 2020 10:04 AM |
| **To:** | Office |
| **Cc:** | W. West Allen |
| **Subject:** | RE: Kocienski v. NRT |
| **Attachments:** | STIPULATION TO DISMISS WITH PREJUDICE.docx |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Please see the attached.

**Howard & Howard** | **Robert L. Rosenthal**
law for business· | Attorney and Counselor

3800 Howard Hughes Pkwy., Ste. 1000, Las Vegas, NV 89169
**D:** 702.667.4809 | **F:** 702.567.1568
rrosenthal@howardandhoward.com | Bio | vCard | LinkedIn

NOTICE: Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**From:** Office <office@danielmarks.net>
**Sent:** Monday, September 21, 2020 4:18 PM
**To:** Robert L. Rosenthal <rrosenthal@howardandhoward.com>
**Cc:** W. West Allen <wwa@h2law.com>
**Subject:** Kocienski v. NRT

CAUTION: EXTERNAL EMAIL

Good afternoon,

Please send us Stipulation to Dismiss.

*Kind Regards,*

Sent from this account
On behalf of Daniel Marks, Esq.
**Law Office of Daniel Marks**
610 South Ninth Street
Las Vegas, Nevada 89101
O: (702) 386-0536; F: (702) 386-6812